UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
NANCY ALEXANDER
     Plaintiff
                                    CIVIL ACTION NO. 05-10891-DPW
 v.

UNITED STATES OF AMERICA,
     Defendants
```

## ORDER OF DISMISSAL

WOODLOCK, District Judge

In accordance with this Court's Conditional Order of Dismissal issued DECEMBER 8, 2005, and Plaintiff's failure to comply with such order, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

BY THE COURT,

/s/ Michelle Rynne
Deputy Clerk

DATED:  December 29, 2005